United States District Court
Southern District of Texas
ENTERED

JUN 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA            *

VS                                  *     CR. NO. B-01-CR-547

William Patrick Foerester *

### ORDER OF COMMITMENT

The above-named defendant(s) was/~~were~~ arrested upon the Petition on ~~Probation~~/Supervised Release charging him/~~her~~ with violating conditions of ~~probation~~/supervised release in the Southern District of Texas.

Bail is fixed at  No Bond, as per Judge Tagle.

The defendant(s) is/~~are~~ committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant(s) shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 6-17-05

                                        _____
                                        John Wm. Black
                                        United States Magistrate Judge